IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00741-RPM

OSLAINE DESIR,

Plaintiff,

v.

ROSMIK, INC., d/b/a
McDONALD'S RESTAURANTS OF COLORADO,

Defendant.
_____

**ORDER GRANTING UNOPPOSED MOTION TO AMEND CASE CAPTION**
_____

THIS MATTER, coming to be heard pursuant Defendant Rosmik, Inc.'s Unopposed Motion to Amend Case Caption, the Court being fully advised in the premises;

DOES ORDER the Motion is Granted. The case caption shall be amended to remove "d/b/a McDonald's Restaurants of Colorado.

ORDERED this 15th day of July, 2011.

BY THE COURT:
s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge