IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00741-RPM

OSLAINE DESIR,

      Plaintiff,

v.

ROSMIK, INC.,

      Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **June 14, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **June 7, 2012.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

DATED: May 2nd, 2012

                                           BY THE COURT:
                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge