IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00741-RPM

OSLAINE DESIR,

      Plaintiff,

v.

ROSMIK, INC.,

      Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **September 24, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: June 14th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge