IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00741-RPM

OSLAINE DESIR,

    Plaintiff,

v.

ROSMIK, INC.,

    Defendant.
_____

ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
_____

    Pursuant to the Stipulation For Dismissal, With Prejudice, filed July 2, 2012, it is

    ORDERED that this matter is dismissed with prejudice, with all parties to pay their own costs and attorney fees.

    ORDERED this 2nd day of July, 2012.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch
                              Senior District Judge